IN THE SUPREME COURT OF TENNESSEE
AT KNOXVILLE
January 4, 2006 Session

**STATE OF TENNESSEE v. STEVEN JAMES ROLLINS**

**Direct Appeal from the Court of Criminal Appeals
Criminal Court for Sullivan County
No. S45,685     R. Jerry Beck, Judge**

_____

**No. E2003-01811-SC-DDT-DD - Filed March 16, 2006**

_____

ADOLPHO A. BIRCH, JR., J., concurring in part and dissenting in part.

I concur in the conclusion of the majority that Rollins' convictions should be affirmed. As to the sentence of death, however, I respectfully dissent. I continue to adhere to my view that the comparative proportionality review protocol currently embraced by the majority is inadequate to shield defendants from the arbitrary and disproportionate imposition of the death penalty. See State v. Reid, 164 S.W.3d 286, 323-325 (Tenn. 2005)(Birch, J., concurring and dissenting), and cases cited therein. Accordingly, I respectfully dissent from that portion of the majority opinion affirming the imposition of the death penalty in this case.

_____
ADOLPHO A. BIRCH, JR.